# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

**NOTICE**

V.

JEREMY MCINTYRE

CASE NUMBER: CR218-14

| TYPE OF CASE: | ☐ CIVIL | ☒ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | Courtroom 1 |
| | **DATE AND TIME**<br>02/01/2019 at 1:00 pm |

TYPE OF PROCEEDING

Sentencing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

01/11/2019

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No. 912--658-6667

To　Alan Tucker
　　Greg Gilluly
　　Matthew Josephson
　　USMS
　　USPO
　　CSO's